UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERYL CORLEW,

        Plaintiff,

                                                  Case number 04-71381

v.                                           Honorable Julian Abele Cook, Jr.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

On September 22, 2004, the Plaintiff, Sheryl Corlew, filed a motion for summary judgment, in which she challenged the final decision by the Defendant, the Commissioner of Social Security ("Commissioner"), who had denied her application for disability insurance benefits under the Social Security Act, 42 U.S.C. § 1381 *et seq*. On November 12, 2004, the Commissioner filed her motion for summary judgment to affirm the challenged administrative decision.

On May 25, 2005, Magistrate Judge Wallace Capel, Jr., submitted a Report, in which he recommended to this Court that it (1) grant the Commissioner's motion for summary judgment, and (2) deny Corlew's motion for summary judgment.

The record indicates that neither of the parties filed any objections to the Report within the time frame allowed by 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). Therefore, the Court, following its review of the entire record, (1) accepts and adopts the recommendations within the Report without any modification, (2) grants the Commissioner's motion for summary judgment, and (3) denies Corlew's motion for similar relief.

IT IS SO ORDERED.

DATED:    July 11, 2005                                s/ Julian Abele Cook, Jr.
          Detroit, Michigan                            JULIAN ABELE COOK, JR.
                                                       United States District Judge

Certificate of Service

I hereby certify that on July 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I further certify that I mailed a copy to the non-ECF participant(s).

                                                       s/ Kay Alford
                                                       Courtroom Deputy Clerk